**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **DORA NELLY BERRONES MENDES AND EDGAR GAYTAN ZUNIGA** | §<br>§<br>§ | |
| **VS.** | §<br>§<br>§ | **CIVIL CASE NO.__________**<br>**JURY DEMAND** |
| **MAS ADMINISTRACION DE EMPRESAS, SA DE CV AND PEDRO GONZALO HERNANDEZ ESPINO** | §<br>§<br>§<br>§ | |

---

**APPLICATION AND NOTICE OF REMOVAL**

---

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to 28 U. S. C. §1332(a)(2) and Rule 81 of the local rules for the Southern District of Texas, Defendant **MAS ADMINISTRACION DE EMPRESAS, SA DE CV** ("Applicant") file this Application and Notice of Removal and in support thereof would show the Court the following:

1. On March 10, 2021, Plaintiffs, Dora Nelly Berrones Mendes and Edgar Gaytan Zuniga, filed their Plaintiffs' Original Petition in a cause of action against Defendants, Mas Administracion de Empresas, SA de CV and Pedro Gonzalo Hernandez Espino, in the 49th Judicial District Court of Webb County, Texas, Cause No. 2021CVA000456D1.

2. On April 21, 2021, Defendant Mas Administracion De Empresas, S.A. de C.V., filed its Original Answer to Plaintiffs' Original Petition.

3. Pursuant to 28 U.S.C. § 1446(b)(3) this notice of removal was filed within 30 days after Defendant Mas Administracion de Empresas, SA DE CV was served on April 8, 2021.

4. This case is one which is removable based upon diversity jurisdiction.

5. Plaintiff is a resident of Webb County per Plaintiffs' Original Petition. Mas Administracion de Empresas, SA de CV., is a company domiciled in Nuevo Laredo, Tamaulipas, Mexico.

6. The action described in paragraph 1 arises from a motor vehicle incident that occurred in Webb County, Texas on or about January 17, 2020. Defendant pleads that the Court has subject matter jurisdiction over this action, because Plaintiffs seek damages in excess of this court's minimum jurisdictional limits and the lawsuit arises out of events or omissions that occurred in Webb County. This case is being removed to the district and division from where the state court action was pending.

7. The amount in controversy exceeds $75,000.00. In Plaintiffs' Original Petition, Plaintiffs seek monetary relief over $250,000.00.

8. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas Applicant would show the following:

a. Plaintiffs: Dora Nelly Berrones Mendes and Edgar Gaytan Zuniga

b. Defendants: Mas Administracion de Empresas, SA de CV and Edgar Gaytan Zuniga.

c. Status of service of Process: Mas Administracion de Empresas, SA de CV was served via mail on April 8, 2021 and answered on April 21, 2021.

d. Status of Service of Process: Pedro Gonzalo Hernandez Espino, a Mexican citizen and resident, has not yet been served with the lawsuit paperwork.

e. Counsel for each party is as follows:

**Counsel for Plaintiffs, Dora Nelly Berrones Mendes and Edgar Gaytan Zuniga:**

**E-Mail: borderlawyer@knicklaw.com**
Marco A. Salinas
Knickerbocker Heredia Salinas & Salinas, P.C
468 Main Street
Eagle Pass, Texas 78852-4598
Tel: (830) 773-9228
Fax: (830) 773-2582

**Counsel for Defendant Mas Administracion De Empresas, SA de CV:**

**E-mail:**
**rodriguez@vlrhlaw.com/nvega@vlrhlaw.com/lhernandez@vlrhlaw.com**
Tamara L. Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, TX 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725

f. A jury was demanded by Defendant Mas Administracion De Empresas, SA de CV in the 49th Judicial District Court and the jury fee was paid.

g. Name and address of court from which the case is being removed:

49th Judicial District Court
Webb County
1110 Victoria Street, Suite 304
Laredo, Texas 78040

9. Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of the docket sheet and an index of the matters being filed are attached hereto.

WHEREFORE PREMISES CONSIDERED, Applicant pray that the above action now pending in the 49th Judicial District Court of Webb County, Texas, Cause No. 2021CVA000456D1, styled *Dora Nelly Berrones Mendes and Edgar Gaytan Zuniga vs. Mas Administracion de Empresas, SA de CV and Pedro Gonzalo Hernandez Espino,* be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules

of the Southern District of Texas and that Applicant may have such other and further relief at law or in equity to which it may show itself justly entitled.

Respectfully submitted,

By: ______________________________

Tamara Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Attorney in Charge

Of Counsel:
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Email: trodriguez@vlrhlaw.com
**Attorneys for Defendant**
**MAS ADMINISTRACION DE EMPRESAS, SA DE CV**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Application and Notice of Removal has been forwarded to opposing counsel on this the 4th day of May 2021, as follows:

**VIA E-SERVICE:**
Marco A. Salinas
Knickerbocker Heredia Salinas & Salinas, P.C
468 Main Street
Eagle Pass, Texas 78852-4598

______________________________
Tamara Rodriguez